E-FILED
Tuesday, 06 February, 2007  10:59:03 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

DARYL JODY SHAW,

**WARRANT FOR ARREST**

CASE NO. 07-6401

FILED
FEB - 6 2007

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2007 JAN 30 A 11: 43
US MARSHALS SERVICE
CENTRAL ILLINOIS

TO:  THE UNITED STATES MARSHAL and any
     AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest <u>Daryl Jody Shaw</u>, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint, charging:

**CONSPIRACY TO MANUFACTURE METHAMPHETAMINE**

From at least March 2004, through at least January 24, 2007, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**DARYL JODY SHAW,**

did conspire with other persons to knowingly and intentionally manufacture, distribute, and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

| John Gorman | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| s/ John A. Gorman | Peoria, Illinois |
|---|---|
| | Date and Location |

Bail fixed at $ <u>Pre-Trial Detention</u>  by  <u>John Gorman, U.S. Magistrate Judge</u>
                                                    Name of Judicial Officer

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at  <u>Lafayette, IL.</u>

| Date Received 01/30/07 | Name of Arresting Officer  Mark Folvey | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 01/24/07 | Title of Arresting Officer  DEA S/A | [signature] |