E-FILED
Thursday, 22 February, 2007 03:16:00 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 2 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 07-40011 |
| v. | ) | |
| | ) | VIO: Title 18, United States Code, |
| DARYL JODY SHAW, | ) | Section 2, and Title 21, United States |
| | ) | Code, Sections 841(a)(1), 841(b)(1)(A), |
| Defendant. | ) | and 846. |
| | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
(Conspiracy to Manufacture Methamphetamine)

From at least January 2003, through at least January 24, 2007, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**DARYL JODY SHAW,**

did conspire with other persons to knowingly and intentionally manufacture, distribute, and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

<u>Count Two</u>
(Manufacture of Methamphetamine)

From at least January 2003, through at least January 24, 2007, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**DARYL JODY SHAW,**

did knowingly and intentionally manufacture and attempt to manufacture 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**A TRUE BILL**

S/Foreperson
_____
**FOREPERSON**

S/Thomas Keith for
_____
**RODGER A. HEATON
UNITED STATES ATTORNEY**
SLD

2