# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) |
| | ) CASE NO. **07-40011** |
| | ) |
| **Daryl Joseph Shaw** | ) |
| Defendant | ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 PM** on Thursday, **April 5, 2007** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, April 23, 2007**

at

[ ] Peoria, Illinois

[**X**] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 26th day of February, 2007

s/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE