**E-FILED**
Tuesday, 21 August, 2007  10:44:27 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 07-40011** |
| | ) | |
| **DARYL JODY SHAW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Sara Darrow, Assistant United States Attorney, respectfully submits to this Honorable Court that James Quinn, #R46564, is now confined in the Southwestern Correctional Facility, East St. Louis, Illinois;

That James Quinn's appearance is necessary in connection with the above-stated proceedings on September 10, 2007, at 8:30 a.m., and all subsequent proceedings involved in this cause.

That, in the interest of all parties, it is therefore necessary that James Quinn be produced at the Federal Building at 211 19th Street, Rock Island, Illinois, by the hour of 8:30 a.m. on September 10, 2007, and thereafter maintained in the custody of the United States Marshal, Central District of Illinois, until the conclusion of the proceeding in this cause.

**WHEREFORE**, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Warden of Southwestern Correctional Facility, and the United States Marshal for the Central District of Illinois, commanding them to produce the said James Quinn in the Federal Building at 211 19th Street, Rock Island, Illinois, by the hour of 8:30 a.m. on September 10, 2007, and place him in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause.

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

/s/ Sara L. Darrow
SARA L. DARROW
ASSISTANT U.S. ATTORNEY
1830 2nd Avenue
Rock Island, IL 61201-8003
Telephone:  309/793-5884

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**AT ROCK ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 07-40011** |
| | ) | |
| **DARYL JODY SHAW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO:      THE WARDEN OF SOUTHWESTERN CORRECTIONAL FACILITY,**
**EAST ST. LOUIS, ILLINOIS and THE UNITED STATES MARSHAL FOR**
**THE CENTRAL DISTRICT OF ILLINOIS**

**G R E E T I N G S:**

We command you, the Warden of Southwestern Correctional Facility, East St. Louis, Illinois, and the United States Marshal for the Central District of Illinois, to produce James Quinn, #R46564, to the Central District of Illinois, in the Federal Building at 211 19TH Street, Rock Island, Illinois, by the hour of 8:30 a.m. on September 10, 2007, then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause, and have you then and there this Writ.

WITNESS the Honorable John A. Gorman, United States Magistrate Judge, of the said Court, and the seal thereof, at the City of Peoria, Illinois, this _____ day of August, 2007.

                                                        _____
                                                        JOHN M. WATERS, Clerk
                                                        United States District Court
                                                        Central District of Illinois

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 07-40011** |
| | ) | |
| **DARYL JODY SHAW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming before the court on the Petition of the Government, and it appearing to the court that James Quinn is presently incarcerated in the Southwestern Correctional Facility, East St. Louis, Illinois, and it further appearing that the said James Quinn's appearance is necessary in connection with the proceeding on September 10, 2007, at 8:30 a.m., and all subsequent proceedings involved in this cause.

**IT IS, THEREFORE, ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Southwestern Correctional Facility, East St. Louis, Illinois, and the United States Marshal for the Central District of Illinois to produce the said James Quinn, #R46564, on September 10, 2007, at 8:30 a.m., in the Federal Building at 211 19th Street, Rock Island, Illinois, in connection with this cause and then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause.

_____
JOHN A. GORMAN,
UNITED STATES MAGISTRATE JUDGE

ENTERED:  This _____ day of August, 2007.