IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Criminal No. 07-40011 |
| | ) |
| **DARYL JODY SHAW,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming before the court on the Petition of the Government, and it appearing to the court that James Quinn is presently incarcerated in the Southwestern Correctional Facility, East St. Louis, Illinois, and it further appearing that the said James Quinn's appearance is necessary in connection with the proceeding on September 10, 2007, at 8:30 a.m., and all subsequent proceedings involved in this cause.

**IT IS, THEREFORE, ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Southwestern Correctional Facility, East St. Louis, Illinois, and the United States Marshal for the Central District of Illinois to produce the said James Quinn, #R46564, on September 10, 2007, at 8:30 a.m., in the Federal Building at 211 19th Street, Rock Island, Illinois, in connection with this cause and then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause.

_____
JOHN A. GORMAN,
UNITED STATES MAGISTRATE JUDGE

ENTERED:  This _____ day of August, 2007.