IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07-40011 |
| ) | |
| DARYL JODY SHAW, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE WARDEN OF DANVILLE CORRECTIONAL FACILITY, DANVILLE, ILLINOIS and THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden of Danville Correctional Facility, Danville, Illinois, and the United States Marshal for the Central District of Illinois, to produce Timothy Waugh, #R52628, to the Central District of Illinois, in the Federal Building at 211 19TH Street, Rock Island, Illinois, by the hour of 8:30 a.m. on September 10, 2007, then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause, and have you then and there this Writ.

WITNESS the Honorable John A. Gorman, United States Magistrate Judge, of the said Court, and the seal thereof, at the City of Peoria, Illinois, this 22nd day of August, 2007.

S/John M. Waters
_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois